1  ROBERT P. HENK (SBN 147490)
   SHERI L. LEONARD (SBN 173544)
2  HENK LEONARD, a Professional Law Corporation
   735 Sunrise Avenue, Suite 160
3  Roseville, California 95661
   Telephone:  (916) 787-4544
4  Facsimile:  (916) 787-4530

5  Attorneys for Plaintiff
   LORETTA CUMMINGS
6
   MICHAEL J. CHRISTIAN (SBN 173727)
7  BRENDAN J. BEGLEY (SBN 202563)
   JACKSON LEWIS LLP
8  801 "K" Street, Suite 2300
   Sacramento, California 95814
9  Telephone:  (916) 341-0404
   Facsimile:  (916) 341-0141
10
   Attorneys for Defendant
11 SMURFIT-STONE CONTAINER
   ENTERPRISES, INC.
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LORETTA CUMMINGS, | Case No. 2:07-cv-02777-WBS-GGH |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL AND** ~~**PROPOSED**~~ **ORDER THEREON** |
| vs. | |
| SMURFIT STONE CONTAINER ENTERPRISES, INC., and DOES 1 through 5, inclusive, | |
| Defendants. | Complaint Filed:  October 26, 2007<br>Trial Date:        August 18, 2009 |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

      Plaintiff LORETTA CUMMINGS and Defendant SMURFIT STONE CONTAINER ENTERPRISES, INC. hereby request that this matter be dismissed with prejudice, in its entirety, with each party to bear their own costs and attorneys' fees.

/ / /

1

1  IT IS SO STIPULATED:

2  Date: January 16, 2009                             HENK LEONARD

3

4                                                     By: /c/ Robert P. Henk
                                                         Robert P. Henk
5                                                        Sheri L. Leonard

6                                                        Attorneys for Plaintiff,
                                                         LORETTA CUMMINGS
7

8

9  Date: January 26, 2009                             JACKSON LEWIS LLP

10

11                                                    By: /s/ Michael J. Christian
                                                         Michael J. Christian
                                                         Brendan J. Begley
12
                                                         Attorneys for Defendant
13                                                       SMURFIT-STONE CONTAINER
                                                         ENTERPRISES, INC.
14

15

16  **IT IS SO ORDERED:**  This matter is dismissed with prejudice.  Each party will bear

17  their own costs and attorneys' fees.

18

19  Date: January 29, 2009

20

21                                         /s/ William B. Shubb
                                           WILLIAM B. SHUBB
22                                         UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2